■ OXFORD HEALTH PLANS, INC., as Subrogee of DENISE TALAVERA, Appellant, v AUGUSTINO DELI AND CATERERS, INC., et al., Respondents. [724 NYS2d 338] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Nassau County (Phelan, J.), dated June 14, 2000, which granted the separate motions of the defendants Augustino Deli and Caterers, Inc., Antonio Di-Fonzo, Augustino DiFonzo, and Central Delicatessen and the defendant Newman Realty Co. for summary judgment dismissing the complaint insofar as asserted against them.

Ordered that the order is affirmed, with costs.

Based upon this Court's decision and order in *Humbach v Goldstein* (229 AD2d 64), the Supreme Court properly awarded the defendants summary judgment dismissing the plaintiff's subrogation action seeking to recover from the defendants, the alleged tortfeasors, medical insurance benefits paid to its injured subrogor. Krausman, J. P., Friedmann, Feuerstein and Smith, JJ., concur.